Bryan OSGAR, Plaintiff—Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.

No. 04–1685.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2004.

Decided: Jan. 5, 2005.

---

* Lim does not challenge the denial of relief under the Convention Against Torture.

W. Daniel Mayes, Aiken, South Carolina, for Appellant.

Frank W. Hunger, Assistant Attorney General, J. Strom Thurmond, Jr., United States Attorney, Marvin J. Caughman, Assistant United States Attorney, Columbia, South Carolina; Deana R. Ertl–Lombardi, Regional Chief Counsel, Laura Ridgell–Boltz, Assistant Regional Counsel, Denver, Colorado, for Appellee.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Bryan Osgar appeals the district court's order accepting the recommendation of the magistrate judge and upholding the Commissioner's denial of Osgar's application for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Osgar v. Barnhart, No. CA–02–2552–0–18BD (D.S.C. Mar. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*